UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | KAIRIS, DANIEL A | § | Case No. 10-18374 |
|---|---|---|---|
| | KAIRIS, LAURA ANN | § | |
| | SMITH, LAURA | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>GLENN R. HEYMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 08/15/2012 in Courtroom 642, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>07/17/2012</u>   By:   <u>/s/Glenn R. Heyman</u>
                                        Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: KAIRIS, DANIEL A | § | Case No. 10-18374 |
|---|---|---|
| KAIRIS, LAURA ANN | § | |
| | § | |
| Debtor(s) SMITH, LAURA | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 23,854.04 |
| *and approved disbursements of* | $ | 849.86 |
| *leaving a balance on hand of* [1] | $ | 23,004.18 |
| **Balance on hand:** | $ | 23,004.18 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 23,004.18 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 3,135.40 | 0.00 | 3,135.40 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 10,688.00 | 0.00 | 10,688.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 47.68 | 0.00 | 47.68 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 920.00 | 0.00 | 920.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 14,791.08 |
| Remaining balance: | $ | 8,213.10 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 8,213.10 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $353.20 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Illinois Department of Revenue | 353.20 | 0.00 | 353.20 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 353.20 |
| Remaining balance: | $ | 7,859.90 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,163.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 14,769.54 | 0.00 | 3,500.46 |
| 2 | Advocate Trinity | 1,103.70 | 0.00 | 261.58 |
| 3 | PYOD LLC,successors&assigns,assignee of Citibank NA | 17,290.19 | 0.00 | 4,097.86 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 7,859.90 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 34.90 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4U | Illinois Department of Revenue | 34.90 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:  
Daniel A Kairis  
Laura Ann Kairis  
    Debtors

Case No. 10-18374-TAB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: rmarola     Page 1 of 2     Date Rcvd: Jul 18, 2012  
                        Form ID: pdf006     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2012.

```
db/jdb      +Daniel A Kairis,    Laura Ann Kairis,    10420 S Lawndale,    Chicago, IL 60655-3120
15469105    +Advocate Health Care,    Attn: Bankruptcy Dept.,    22393 Network Pl.,    Chicago, IL 60673-1223
15469116    +Advocate Trinity,    Attn: Bankruptcy Dept.,    2320 E 93rd St,    Chicago, IL 60617-3983
15469113   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
               Richmond, VA 23285)
15469112    +Citibank,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
15469107    +Codilis & Associates, PC,    Bankruptcy Department,    15W030 N. Frontage Rd. #100,
               Burr Ridge, IL 60527-6921
15469108    +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
15469109    +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
15469106    +GMAC Mortgage LLC,    Attn: Bankruptcy Dept.,    3451 Hammond Ave,    Waterloo, IA 50702-5300
15469103    +George Washington Savings Bank,    Attn: Bankruptcy Dept.,    10240 S Cicero Ave,
               Oak Lawn, IL 60453-4094
15469111   ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Best Buy/HSBC,    Attn: Bankruptcy Dept.,    Po Box 15519,
               Wilmington, DE 19850)
16297733     Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
               Chicago, Illinois 60664-0338
15469110    +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15469114     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 19 2012 03:28:15     Discover Bank,
               Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850
15768052     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 19 2012 03:28:15     Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
15469115     E-mail/Text: cio.bncmail@irs.gov Jul 19 2012 01:40:58      IRS Priority Debt,
               Attn: Bankruptcy Dept.,    Box 21126,    Philadelphia, PA 19114
15469104    +Fax: 847-227-2151 Jul 19 2012 03:44:29      MRSI,    Attn: Bankruptcy Dept.,
               2250 E Devon Ave Ste 352,    Des Plaines, IL 60018-4521
15968219    +E-mail/Text: resurgentbknotifications@resurgent.com Jul 19 2012 01:42:20
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 20, 2012**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: rmarola              Page 2 of 2              Date Rcvd: Jul 18, 2012
                               Form ID: pdf006            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2012 at the address(es) listed below:

```
              Dale A Riley     on behalf of Debtor Daniel Kairis ndil@geracilaw.com
              David M Lulkin    on behalf of Debtor Daniel Kairis ndil@geracilaw.com
              Glenn R Heyman    on behalf of Trustee Glenn Heyman gheyman@craneheyman.com,
               slydon@craneheyman.com;ecrane@craneheyman.com
              Glenn R Heyman    gheyman@craneheyman.com,
               il4a@ecfcbis.com;slydon@craneheyman.com;ecrane@craneheyman.com
              Gloria C  Tsotsos    on behalf of Creditor  GMAC Mortgage, LLC nd-three@il.cslegal.com
              Nathan E Curtis    on behalf of Debtor Daniel Kairis ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```