**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: KAIRIS, DANIEL A § | Case No. 10-18374 |
|       KAIRIS, LAURA ANN § | |
| § | |
| Debtor(s) SMITH, LAURA § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $693,490.00　　　　　　　　　　Assets Exempt: $416,055.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,213.10　　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　Without Payment: $34,311.23

Total Expenses of Administration: $15,640.94

---

    3) Total gross receipts of $ 23,854.04 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $23,854.04 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $275,900.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,640.94 | 15,640.94 | 15,640.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 353.20 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 40,326.00 | 33,198.33 | 33,198.33 | 8,213.10 |
| **TOTAL DISBURSEMENTS** | $316,226.00 | $49,192.47 | $48,839.27 | $23,854.04 |

4) This case was originally filed under Chapter 7 on April 26, 2010. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/06/2012          By: /s/GLENN R. HEYMAN
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---:|
| Anticipated 2009 federal tax return | 1129-000 | 7,189.00 |
| Illinois tax refund | 1224-000 | 927.00 |
| Raymond James brokerage account | 1229-000 | 5,733.70 |
| IRA exemption settlement | 1229-000 | 10,000.00 |
| Interest Income | 1270-000 | 4.34 |
| **TOTAL GROSS RECEIPTS** | | **$23,854.04** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---:|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| NOTFILED | George Washington Savings Bank | 4110-000 | 203,000.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC Mortgage LLC | 4110-000 | 72,900.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$275,900.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 3,135.40 | 3,135.40 | 3,135.40 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 10,688.00 | 10,688.00 | 10,688.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 47.68 | 47.68 | 47.68 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 920.00 | 920.00 | 920.00 |
| Toomey Reporting, Inc. | 3991-000 | N/A | 251.58 | 251.58 | 251.58 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 27.05 | 27.05 | 27.05 |
| The Bank of New York Mellon | 2600-000 | N/A | 45.21 | 45.21 | 45.21 |
| The Bank of New York Mellon | 2600-000 | N/A | 53.20 | 53.20 | 53.20 |
| The Bank of New York Mellon | 2600-000 | N/A | 48.23 | 48.23 | 48.23 |
| The Bank of New York Mellon | 2600-000 | N/A | 46.54 | 46.54 | 46.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 51.25 | 51.25 | 51.25 |
| The Bank of New York Mellon | 2600-000 | N/A | 47.93 | 47.93 | 47.93 |
| The Bank of New York Mellon | 2600-000 | N/A | 50.89 | 50.89 | 50.89 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 36.82 | 36.82 | 36.82 |
| The Bank of New York Mellon | 2600-000 | N/A | 46.01 | 46.01 | 46.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 47.43 | 47.43 | 47.43 |
| The Bank of New York Mellon | 2600-000 | N/A | 45.75 | 45.75 | 45.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 51.97 | 51.97 | 51.97 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $15,640.94 | $15,640.94 | $15,640.94 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | Illinois Department of Revenue | 5800-000 | N/A | 353.20 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $353.20 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 12,900.00 | 14,769.54 | 14,769.54 | 3,657.76 |
| 2 | Advocate Trinity | 7100-000 | 2,000.00 | 1,103.70 | 1,103.70 | 273.34 |
| 3 | PYOD LLC,successors&assigns,assig | 7100-000 | 16,100.00 | 17,290.19 | 17,290.19 | 4,282.00 |
| 4U | Illinois Department of Revenue | 7200-000 | N/A | 34.90 | 34.90 | 0.00 |
| NOTFILED | Equifax | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MRSI | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 6,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Transunion | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | IRS Priority Debt | 7100-000 | 1,856.00 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy/HSBC | 7100-000 | 70.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $40,326.00 | $33,198.33 | $33,198.33 | $8,213.10 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-18374  
**Case Name:** KAIRIS, DANIEL A  
KAIRIS, LAURA ANN  
**Period Ending:** 11/06/12

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 04/26/10 (f)  
**§341(a) Meeting Date:** 06/21/10  
**Claims Bar Date:** 09/22/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | (Debtors' residence) 10420 S. Lawndale, Chicago  Orig. Description: (Debtors' residence) 9840 S. Pulaski Rd., Oak Lawn, IL 60453; Imported from original petition Doc# 1 | 223,210.00 | 0.00 | DA | 0.00 | FA |
| 2 | 9840 S. Pulaski Rd, Oak Lawn, IL  Orig. Description: SURRENDERING; Imported from original petition Doc# 1 | 79,000.00 | 6,100.00 | DA | 0.00 | FA |
| 3 | Chase Bank checking account  Orig. Asset Memo: Orig. Description: Chase Bank checking account; Imported from Amended Doc#: 22 | 12,000.00 | 6,675.00 | DA | 0.00 | FA |
| 4 | City of Chicago Credit Union savings account  Orig. Asset Memo: Orig. Description: City of Chicago Credit Union savings account; Imported from Amended Doc#: 22 | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods; TV, DVD player, TV stand, stere  Orig. Asset Memo: Orig. Description: Household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets,, washer/dryer, stove, refrigerator, microwave,, dishes/flatware, pots/pans; Imported from Amended Doc#: 22 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Books, Compact Discs, Tapes/Records, Family Pict  Orig. Asset Memo: Orig. Description: Books, Compact Discs, Tapes/Records, Family Pictures; Imported from Amended Doc#: 22 | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Necessary wearing apparel.  Orig. Asset Memo: Orig. Description: Necessary wearing apparel.; Imported from Amended Doc#: 22 | 120.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wedding bands, earrings, watch, costume jewelry  Orig. Asset Memo: Orig. Description: Wedding bands, earrings, watch, costume jewelry; Imported from Amended Doc#: 22 | 300.00 | 0.00 | DA | 0.00 | FA |
| 9 | Pension w/ City of Chicago - 100% Exempt.  Orig. Asset Memo: Orig. Description: Pension w/ City of Chicago - 100% Exempt.; Imported from Amended | Unknown | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-18374  
**Case Name:** KAIRIS, DANIEL A  
KAIRIS, LAURA ANN  
**Period Ending:** 11/06/12  

**Trustee:** (330360)   GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 04/26/10 (f)  
**§341(a) Meeting Date:** 06/21/10  
**Claims Bar Date:** 09/22/10  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Doc#: 22 | | | | | |
| 10 | 401(k) retirement plan - 100% exempt<br>  Orig. Asset Memo: Orig. Description: 401(k) retirement plan - 100% exempt; Imported from Amended Doc#: 22 | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Roth IRA - 100% Exempt.<br>  Orig. Asset Memo: Orig. Description: Roth IRA - 100% Exempt.; Imported from Amended Doc#: 22 | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | Roth IRA - 100% Exempt.<br>  Orig. Asset Memo: Orig. Description: Roth IRA - 100% Exempt.; Imported from Amended Doc#: 22 | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | Anticipated 2009 federal tax return<br>  Orig. Asset Memo: Orig. Description: Anticipated 2009 federal tax return; Imported from Amended Doc#: 22 | 8,189.00 | 8,189.00 | | 7,189.00 | FA |
| 14 | 2003 Chevy Tracker with 54,000 miles; paid in fu<br>  Orig. Asset Memo: Orig. Description: 2003 Chevy Tracker with 54,000 miles; paid in full; Imported from Amended Doc#: 22 | 2,975.00 | 575.00 | DA | 0.00 | FA |
| 15 | 2002 Dodge Caravan with 75,000 miles; paid in fu<br>  Orig. Asset Memo: Orig. Description: 2002 Dodge Caravan with 75,000 miles; paid in full; Imported from Amended Doc#: 22 | 950.00 | 0.00 | DA | 0.00 | FA |
| 16 | Term life insurance | Unknown | 1.00 | DA | 0.00 | FA |
| 17 | Educational IRA's for debtors children | 342,735.00 | 0.00 | DA | 0.00 | FA |
| 18 | Illinois tax refund  (u) | Unknown | Unknown | | 927.00 | FA |
| 19 | Raymond James brokerage account  (u) | Unknown | Unknown | | 5,733.70 | FA |
| 20 | IRA exemption settlement  (u) | Unknown | Unknown | | 10,000.00 | FA |
| 21 | VOID - dupe asset | Unknown | Unknown | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 4.34 | FA |
| 22 | **Assets   Totals** (Excluding unknown values) | **$701,679.00** | **$21,540.00** | | **$23,854.04** | **$0.00** |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 10-18374  
**Case Name:** KAIRIS, DANIEL A  
  KAIRIS, LAURA ANN  
**Period Ending:** 11/06/12

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 04/26/10 (f)  
**§341(a) Meeting Date:** 06/21/10  
**Claims Bar Date:** 09/22/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

  07/15: litigation to be filed: objection to exemptions and possible objection to discharge

  05/2011: Checking claims, tax liability?
  12/30/2011: Accountant retained, will prepare tax returns.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2011   **Current Projected Date Of Final Report (TFR):**   June 16, 2012  (Actual)

Printed: 11/06/2012 12:36 PM   V.13.04

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-18374  
**Case Name:** KAIRIS, DANIEL A  
KAIRIS, LAURA ANN  
**Taxpayer ID #:** **-***0627  
**Period Ending:** 11/06/12  

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******28-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/22/10 | {18} | Daniel Hynes, Treasurer of the State of Illinois | Illinois Tax Refund | 1224-000 | 927.00 | | 927.00 |
| 06/22/10 | {13} | United States Treasury | Federal Tax Refund | 1129-000 | 7,189.00 | | 8,116.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.12 | | 8,116.12 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.48 | | 8,116.60 |
| 08/13/10 | 1001 | Toomey Reporting, Inc. | Court Reporting Fees | 3991-000 | | 251.58 | 7,865.02 |
| 08/23/10 | {19} | Raymond James & Associates, Inc. | Liquidation of brokerage account | 1229-000 | 5,733.70 | | 13,598.72 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.56 | | 13,599.28 |
| 09/20/10 | {20} | Daniel & Laura Ann Kairis | Settlement on Debtor's claimed IRA Exemptions | 1229-000 | 10,000.00 | | 23,599.28 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 23,599.40 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 23,599.58 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 23,599.76 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 23,599.96 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 23,600.16 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 23,600.34 |
| 02/28/11 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #10-18374<br>Blanket Bond Payment Bond #016026455 | 2300-000 | | ! 27.05 | 23,573.29 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 23,573.49 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,573.68 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 23,573.88 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,574.07 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 23,574.27 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.21 | 23,529.06 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,529.25 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.81 | 23,474.44 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.61 | 23,476.05 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,476.24 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.23 | 23,428.01 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,428.20 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.54 | 23,381.66 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,381.85 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.25 | 23,330.60 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,330.79 |

Subtotals :  $23,853.85  $523.06

{} Asset reference(s)        !-Not printed or not transmitted

Printed: 11/06/2012 12:36 PM    V.13.04

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-18374
**Case Name:** KAIRIS, DANIEL A
KAIRIS, LAURA ANN
**Taxpayer ID #:** **-***0627
**Period Ending:** 11/06/12

**Trustee:** GLENN R. HEYMAN (330360)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******28-65 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.93 | 23,282.86 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,283.05 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.89 | 23,232.16 |
| 02/14/12 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #10-18374, Blanket Bond Payment Bond#016026455 | 2300-000 | | 36.82 | 23,195.34 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.01 | 23,149.33 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.43 | 23,101.90 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.75 | 23,056.15 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.97 | 23,004.18 |
| 08/15/12 | 1004 | GLENN R. HEYMAN | Dividend paid 100.00% on $3,135.40, Trustee Compensation;  Reference: | 2100-000 | | 3,135.40 | 19,868.78 |
| 08/15/12 | 1005 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $920.00, Accountant for Trustee Fees (Other Firm);  Reference: | 3410-000 | | 920.00 | 18,948.78 |
| 08/15/12 | 1006 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $10,688.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 10,688.00 | 8,260.78 |
| 08/15/12 | 1007 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $47.68, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 47.68 | 8,213.10 |
| 08/15/12 | 1008 | Illinois Department of Revenue | Dividend paid 100.00% on $353.20; Claim# 4P; Filed: $353.20; Reference: Voided on 08/22/12 | 5800-003 | | 353.20 | 7,859.90 |
| 08/15/12 | 1009 | Discover Bank | Dividend paid 23.70% on $14,769.54; Claim# 1; Filed: $14,769.54; Reference: | 7100-000 | | 3,500.46 | 4,359.44 |
| 08/15/12 | 1010 | Advocate Trinity | Dividend paid 23.70% on $1,103.70; Claim# 2; Filed: $1,103.70; Reference: | 7100-000 | | 261.58 | 4,097.86 |
| 08/15/12 | 1011 | PYOD LLC,successors&assigns,assignee of Citibank NA | Dividend paid 23.70% on $17,290.19; Claim# 3; Filed: $17,290.19; Reference: | 7100-000 | | 4,097.86 | 0.00 |
| 08/22/12 | 1008 | Illinois Department of Revenue | Dividend paid 100.00% on $353.20; Claim# 4P; Filed: $353.20; Reference: Voided: check issued on 08/15/12 | 5800-003 | | -353.20 | 353.20 |
| 08/28/12 | 1012 | Discover Bank | 2nd Dividend Check, total paid 24.76% on $14,769.54; Claim# 1 | 7100-000 | | 157.30 | 195.90 |
| 08/28/12 | 1013 | Advocate Trinity | 2nd Dividend Check paid 24.76% on $1,103.70; Claim# 2 | 7100-000 | | 11.76 | 184.14 |
| 08/28/12 | 1014 | PYOD | 2nd Dividend Check paid 24.76% on | 7100-000 | | 184.14 | 0.00 |

Subtotals :   $0.19    $23,330.98

{} Asset reference(s)

Printed: 11/06/2012 12:36 PM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 10-18374 | | **Trustee:** | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| **Case Name:** | KAIRIS, DANIEL A | | **Bank Name:** | The Bank of New York Mellon |
| | KAIRIS, LAURA ANN | | **Account:** | 9200-******28-65 - Checking Account |
| **Taxpayer ID #:** | **-***0627 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 11/06/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | LLC,successors&assigns,assignee of Citibank NA | $17,290.19; Claim# 3 | | | | |
| | | | **ACCOUNT TOTALS** | | 23,854.04 | 23,854.04 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 23,854.04 | 23,854.04 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$23,854.04** | **$23,854.04** | |

Net Receipts : 23,854.04
───────────
Net Estate : $23,854.04

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******28-65** | 23,854.04 | 23,854.04 | 0.00 |
| | $23,854.04 | $23,854.04 | $0.00 |

{} Asset reference(s)      Printed: 11/06/2012 12:36 PM   V.13.04